

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00549-CV

**IN RE** Alberto **PINA**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: October 22, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on August 26, 2025, complaining that respondent transferred the underlying matter to Webb County Court of Law No. 2 instead of dismissing it without prejudice. According to relator, Webb County Court of Law No. 2 is the court of continuing exclusive jurisdiction and proper venue for the claims. Because the petition does not comply with Texas Rules of Appellate Procedure 9.4(h), (i), and (j), we deny the petition for writ of mandamus without prejudice to refiling in compliance with the applicable rules. TEX. R. APP. P. 9.4(h), (i), and (j); *see In re Coleman*, No. 01-21-00726-CV, 2022 WL 97058, at *1 (Tex. App.—Houston [1st Dist.] Jan. 11, 2022, orig. proceeding) (denying petition for writ of mandamus for failure to comply with rule 9.4 of the Texas Rules of Appellate Procedure); *In re*

---

[1]This proceeding arises out of Cause No. 2011CVG002217-C3, styled *In the Interest of S.F.P., a Child*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose  A. Lopez presiding.

*Cole*, No. 01-20-00807-CR, 2021 WL 243894, at *1 (Tex. App.—Houston [1st Dist.] Jan. 26, 2021, orig. proceeding) (mem. op., not designated for publication) (relator's petition for writ of mandamus must comply with Texas Rules of Appellate Procedure, including rule 9.4); *Session v. Riata Land Ass'n Homeowners, Inc.*, No. 04-22-00562-CV, 2024 WL 697081, at *1 (Tex. App.— San Antonio Feb. 21, 2024, no pet.) (party's failure to comply with the Texas Rules of Appellate Procedure and court orders requiring compliance warranted dismissal).

The petition for writ of mandamus is **DENIED**.

PER CURIAM